SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:25-CR-00073-002-MTK |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **DANIEL DREWS,** | |
| Defendant. | |

Defendant Daniel Drews possessed a stolen firearm, knowing that it was stolen. The government recommends a sentence of time served and three years of supervised release.

### Guilty Plea & Guideline Computations

On December 4, 2025, Mr. Drews pleaded guilty to Count 3 of the Indictment, which charges possession of a stolen firearm in violation of 18 U.S.C. § 922(j). The government agrees with the guideline calculations as set forth in the Presentence Report, which apply a base offense level of 12, pursuant to USSG § 2K2.1(a)(7), minus two-levels for acceptance of responsibility pursuant to § 3E1.1(a). Mr. Drews has two prior misdemeanor convictions and a criminal history

category of I, resulting in an advisory guideline range of 6-12 months. Additionally, the government recommends a two-level downward variance pursuant to 18 U.S.C. § 3553(a), which would result in an advisory guideline range of 0-6 months.

## Factual Background and Argument

On December 23, 2023, Mr. Drews went to residence of a person who had stolen numerous guns during the burglary of a Coos County, Oregon residence. That person, who is separately charged, told Mr. Drews about the burglary, and had multiple guns that he had taken. Mr. Drews took one of those guns, a Springfield model Hellcat pistol, knowing that the firearm was stolen.

Mr. Drews was indicted on February 20, 2025, arrested, and released to the supervision of Pretrial Services in March 2025. He had multiple violations, most of which are related to his drug addiction. He has done well since he completed detoxification services in August 2025, and he is maintaining employment.

## Conclusion

The government recommends a sentence of time served, three years of supervised release, and a $100 fee assessment. There is no forfeiture or restitution.

Dated: March 4, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney